[No. 2073-2.    Division Two.    July 20, 1976.]

JAMES E. COUTURE, *Petitioner*, v. WASHINGTON LAW ENFORCEMENT OFFICERS' AND FIRE FIGHTERS' RETIREMENT BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 51688, Robert J. Doran, J., entered July 17, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 2376-2.    Division Two.    July 20, 1976.]

*In the Matter of the Application for a Writ of Habeas Corpus of* ALFRED LEWIS BLOOMSTROM, *Petitioner*, v. THE STATE OF WASHINGTON, ET AL, *Respondents*.

Application filed in the Court of Appeals May 3, 1976, for a writ of habeas corpus. *Denied* by unpublished per curiam opinion pursuant to RCW 2.06.040.

[No. 1619-3.    Division Three.    July 21, 1976.]

CLARENCE E. UPPENBERG, ET AL, *Appellants*, v. THEKLA BATTY, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 29150, Albert J. Yencopal, J., entered June 16, 1975. *Affirmed in part and remanded* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1235-3.    Division Three.    July 21 ,1976.]

*In the Matter of the Adoption of* MICHELLE LESLIE SCHAPER. MICHAEL SCHAPER, *Appellant*, v. SAMUEL D. TEELE III, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96316, William H. Williams, J., entered June 19, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.